UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100<br><br>ORDER VACATING DISMISSAL |

**This Document Relates to:**

*Diana DeLuna, et al. v. Bayer Corp., et al.* 1 No. 3:11-cv-20001-DRH-PMF[1]

### ORDER

**HERNDON, Chief Judge:**

Plaintiff Kelly Hansen has filed a motion to vacate the the Court's order dismissing her case without prejudice for failure to comply with Plaintiff Fact Sheet Requirements (Doc. 14). Bayer is not opposed to plaintiff's motion to vacate (Doc. 15). Accordingly, the Court hereby **vacates** the order dismissing without prejudice plaintiff's action and thereby **reinstates** plaintiff Kelly Hansen's case.

**SO ORDERED:**

Digitally signed by David R. Herndon
Date: 2011.09.13 16:46:21 -05'00'

**Chief Judge**
**United States District Court**                          Date: September 13, 2011

---

[1] This document relates to plaintiff Kelly Hansen only.